RECORD OF GRAND JURY BALLOT

c/r 3:17-809

THE UNITED STATES OF AMERICA v. MICHAEL ANDREW GARY

(SEALED UNTIL FURTHER ORDER OF THE COURT)