IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                              CR NO. **3:17-809**

**MICHAEL ANDREW GARY**

# PLEA

The defendant, **MICHAEL ANDREW GARY**, having withdrawn his plea of Not Guilty entered 9/19/17, pleads **GUILTY** to Counts **1 and 2** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
February 28, 2018